54 F.3d 772
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 James R. DOSS, a/k/a Zahir R. A'Sim, Petitioner-Appellant,
v.
Edward W. MURRAY, Director, Virginia Department of
Corrections, Respondent-Appellee.
 No. 94-7038.
 United States Court of Appeals, Fourth Circuit.
 Submitted: April 20, 1995.
Decided: May 17, 1995.
 
 James R. Doss, Appellant Pro Se. Thomas Cauthorne Daniel, Assistant Attorney General, Richmond, VA, for Appellee.
 Before WIDENER, WILKINSON, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. Sec. 2254 (1988) petition and his motion for reconsideration of that order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Doss v. Murray, No. CA-94-72 (W.D.Va. Aug. 11 and 30, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED